UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDLE GRIFFIN,

        Plaintiff,                   Civil Action No.: 18-10359
                                                   Honorable Denise Page Hood
v.                                        Magistrate Judge Elizabeth A. Stafford

HOFFMAN, *et al.*,

        Defendants.
_____/

## AMENDED SCHEDULING ORDER

DISCOVERY CUTOFF [1]
(All Discovery Responses Due):          8/9/2021

DISPOSITIVE MOTION CUTOFF:          9/8/2021

FINAL PRETRIAL CONFERENCE:          TO BE DETERMINED

---

[1] Discovery requests must be made in sufficient time for the opposing party or parties to respond before the discovery cutoff and/or for a motion to compel to be filed before the discovery cutoff. Unless good cause is shown, the Court will not entertain motions to compel that are filed after the discovery cutoff.

**THE PARTIES MUST READ AND ADHERE TO THE FOLLOWING ENCLOSED GUIDELINES:**

*Pro se* prisoner matters are generally decided without oral argument. Notices, Orders, and Reports and Recommendations are mailed to those parties who are not e-filers. The Court does not have funds to appoint counsel for unrepresented persons, but will consider appointment of *pro bono* counsel in appropriate cases. *Pro se* litigants are expected to adhere to the Federal Rules of Civil Procedure as much as possible.  For example, prisoners are required to strictly adhere to Rules 26 and 45 as they relate to discovery practice and should only file pleadings and/or motions that fall into a category prescribed by the Federal Rules.  The Court does not give legal advice to litigants and expects that pleadings will be in appropriate form. Letters to the Court are not pleadings and will be returned.

**IT IS SO ORDERED.**

Dated:  April 8, 2021                                         s/Elizabeth A. Stafford
                                                                              ELIZABETH A. STAFFORD
                                                                              United State Magistrate Judge


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 8, 2021.

                                                                              s/Marlena Williams
                                                                              MARLENA WILLIAMS
                                                                              Case Manager