# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RANDLE GRIFFIN,

    Plaintiff,                                Civil Action No. 18-10359
                                         Honorable Denise Page Hood

v.

HOFFMAN, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [#109], GRANTING MOTION FOR SUMMARY JUDGMENT [#101], and DISMISSING CAUSE OF ACTION WITHOUT PREJUDICE

*Pro se* Plaintiff filed this 42 U.S.C. § 1983 lawsuit against multiple defendants. This matter comes before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation dated January 3, 2023. [ECF No. 109] In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment [ECF No. 101]. No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation dated January 3, 2023 [ECF No. 109] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment [ECF No. 101, filed September 13, 2022] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' cause of action is **DISMISSED WITHOUT PREJUDICE**.

IT IS ORDERED.

DATED: February 8, 2023

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge